UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Oakwood Shores Apartments
                              Plaintiff,

v.                                              Case No.: 1:25−cv−03602
                                                Honorable Mary M. Rowland

Samuel Chambers, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2025:

MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Defendants' notice of removal [1] which purports to remove a state eviction case on the basis of diversity jurisdiction. "An eviction does not arise under the Constitution, law, or treaties of the United States; thus, there is no federal jurisdiction over a state law eviction matter." Kubiak v. Meltzer, No. 12 C 6849, 2013 WL 1114203, at *1 (N.D. Ill. Mar. 15, 2013). In addition, Defendants allege that all parties are citizens of the State of Illinois, therefore no diversity of citizenship exists. The removal statute also prohibits removal of diversity cases when a defendant is a citizen of the forum. See 28 U.S.C. § 1441(b)(2). In sum, Defendant fails to meet their burden to establish this Court's subject matter jurisdiction. This Court therefore remands this case to state court. The Clerk is directed to remand this case forthwith to the Circuit Court of Cook County, Illinois. Defendants' applications for leave to proceed in forma pauperis [5] [6] are denied as moot. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.